THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Elizabeth Gail
 Robinson, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-150
Submitted March 3, 2008  Filed March 10,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Teresa A. Knox, of Columbia, for Respondent.
 
 
 

PER CURIAM: Elizabeth Robinson appeals her probation
 revocation, arguing the trial court erred in revoking her probation because
 there was insufficient evidence to support a finding she violated the terms of
 her probation.  After a thorough review
 of the record and counsels brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Robinsons appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.[1] 
HUFF, KITTREDGE, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.